

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     Joshua Pierce Schnizer v. State of Texas

Appellate case number:   01-20-00194-CR

Trial court case number:  87521-CR

Trial court:                   412th District Court of Brazoria County

      The motion for rehearing is **denied**.


      It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
               Acting for the Court


Panel consists of Justices Kelly, Guerra, and Farris.

Date: __December 14, 2021_____